**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:22-cr-00034-SE |
| ANTHONY SILVA | |
| *Defendant*. | |

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW AS APPOINTED COUNSEL

Undersigned counsel, Michael E. Strauss, Esq. of Nixon Peabody LLP, moves for leave to withdraw as Defendant Anthony Silva's counsel. *See* LCrR 44.3.  He does so with the assent of Assistant U.S. Attorney Chen and the Defendant himself.

On March 24, 2022, undersigned appeared on Defendant's behalf.  That day, undersigned received a copy of the Indictment and sent it to his firm's Conflicts Review team. Although the initial conflicts check suggested that the representation was free from conflicts, a closer review of the Indictment has revealed otherwise. Undersigned now understands that he has a concurrent conflict of interest that cannot be waived.  *See* N.H. R. Prof'l Cond. 1.7(a)(1).

Undersigned therefore respectfully requests that the Court grant his motion to withdraw as counsel and assign substitute counsel to Mr. Silva as expediently as practicable.

Dated:  April 21, 2022

/s/ Michael E. Strauss
Michael E. Strauss, Esq. (Bar #266717)
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
Telephone: (603) 628-4000
Facsimile: (833) 233-3636
mestrauss@nixonpeabody.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this date that I electronically filed the foregoing motion and said document was served in its entirety on all counsel of record by the Court's CM/ECF system.


Date: <u>April 21, 2022        </u>           <u>/s/Michael E. Strauss        </u>
                                                    Michael E. Strauss, Esq.

- 2 -