UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DOCKET NO.: 1:22-cr-00034-SE-1

UNITED STATES OF AMERICA

V.

ANTHONY SILVA

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, Anthony Silva in the above-captioned matter.

Dated: May 10, 2022

RESPECTFULLY SUBMITTED
FOR THE DEFENDANT
BY HIS ATTORNEY

/s/ Thomas J. Gleason
Thomas J. Gleason, Esquire
GLEASON LAW OFFICES, P.C.
163 Merrimack Street
Haverhill, MA 01830
(978) 521-4044
NH Bar: 942

CERTIFICATE OF SERVICE

I, Thomas J. Gleason, Esquire, do hereby certify that I have this date filed a copy of the within Notice of Appearance to all interested parties by way of electronic filing.

Dated: May 10, 2022

/s/Thomas J. Gleason
Thomas J. Gleason, Esquire