UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DOCKET NO.: 1:22-cr-00034-SE-1

UNITED STATES OF AMERICA

V.

ANTHONY SILVA

### MOTION TO APPEAR PRO HAC VICE

NOW COMES the Defendant, by and through his attorney, Gleason Law Offices, P.C., and respectfully moves that his attorney, Scott F. Gleason of the Bar of the Commonwealth of Massachusetts, be admitted to practice for the purposes of the above-entitled matter only, before the Bar of New Hampshire, pro hac vice.

The Affidavit of Scott F. Gleason is appended hereto in support thereof.

| | |
|---|---|
| Dated: May 10, 2022 | RESPECTFULLY SUBMITTED<br>FOR DEFENDANT<br>BY HIS ATTORNEY |
| | /s/Thomas J. Gleason<br>Thomas J. Gleason, Esquire<br>GLEASON LAW OFFICES, P.C.<br>163 Merrimack Street<br>Haverhill, MA  01830<br>(978) 521-4044<br>N.H. Bar No.: 942 |

1

CERTIFICATE OF SERVICE

      I, Thomas J. Gleason, Esquire, do hereby certify that I have this date filed a copy of the within Motion To Appear Pro Hac Vice to all parties by way of electronic filing.

Dated: May 10, 2022

                                        /s/Thomas J. Gleason
                                        Thomas J. Gleason, Esquire