UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DOCKET NO.: 1:22-cr-00034-SE-1

UNITED STATES OF AMERICA

V.

ANTHONY SILVA

## MOTION FOR WITHDRAWAL OF APPEARANCE

NOW COMES the undersigned attorney and hereby moves this Court to allow counsel to withdraw his appearance on behalf of the defendant, Anthony Silva, in the above-captioned case.

As reason therefore, counsel and defendant state that there has been a complete breakdown in communication between them. Said breakdown in communication is of a substantive and irretrievable level. Defendant further requests that he be allowed to represent himself in this matter. Attorney for the defendant has spoken with AUSA Alexander Chen and has advised him of same.

WHEREFORE, the defendant prays that the within Motion be allowed and for such other and further relief as the Court deems appropriate.

Dated: March 6, 2023

RESPECTFULLY SUBMITTED
FOR DEFENDANT
BY HIS ATTORNEY

/s/Scott F. Gleason
Scott F. Gleason, Esquire
GLEASON LAW OFFICES, P.C.
163 Merrimack Street
Haverhill, MA 01830
(978) 521-4044

1

/s/Thomas J. Gleason
NH Counsel

## CERTIFICATE OF SERVICE

I, Scott F. Gleason, Esquire and Thomas J. Gleason, Esquire, do hereby certify that we have this date delivered by electronic filing a copy of the within document to via email to all participants as identified on the NEF.

Dated: March 6, 2023

/s/Scott F. Gleason
Scott F. Gleason, Esquire

/s/Thomas J. Gleason
NH Counsel
NH Bar No.: 942